IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Katherine M.,** )<br>    **Plaintiff,** )<br> ) <br> v. ) <br> ) <br> **Michelle King,** ) <br> **Acting Commissioner of Social** ) <br> **Security,** [1] ) <br>    **Defendant.** ) | **Civil Action No.: 2:24-cv-01259-EPD**<br><br>**Magistrate Judge Deavers** |

**ORDER**

This cause coming before the Court on the joint motion of the parties, due notice having been given, and the Court being fully advised,

IT IS THEREFORE ORDERED THAT:

1. The Parties' Joint Stipulation for an Award of Attorney's Fees under the Equal Access to Justice Act is accepted and the Commissioner shall pay Plaintiff's attorney fees in the amount of $5,000.00 and costs in the amount of $0, for a total award of $5,000.00;

2. Counsel for the parties shall verify whether or not Plaintiff owes a preexisting debt subject to offset, consistent with *Astrue v. Ratliff,* 130 S.Ct. 2521, 560 U.S. 586 (2010) and 31 U.S.C. §§ 3701(b), 3711, 3716.  If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff; and

3. The case remains terminated on the docket of this Court.

IT IS SO ORDERED.

---

[1] Michelle King became the Acting Commissioner of Social Security on January 20, 2025.  Pursuant to Rule 43(c)(2) of the Federal Rules of Appellate Procedure Michelle King should be substituted for Carolyn Colvin as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Date:  February 14, 2025          Entered:  /s/ Elizabeth A. Preston Deavers
                                                                                                           ELIZABETH A. PRESTON DEAVERS
                                                                                                           UNITED STATES MAGISTRATE JUDGE